# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Arlene E. Dawson          BK NO. 17-05292 HWV

               Debtor(s)

                                                Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                                   Respectfully submitted,

                                                   /s/ Rebecca Solarz
                                                   Rebecca Solarz
                                                   01 Feb 2021, 15:06:51, EST


                                                   KML Law Group, P.C.
                                                   BNY Mellon Independence Center
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA  19106
                                                   215-627-1322