B. Diefenderfer, Attorney<br>
bdiefenderfer@cgalaw.com<br>
Ext. 127

April 21, 2021

Office of the Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re: **Dawson, Arlene E.
1:17-bk-05292**

Dear Sirs:

Please change the address for the Debtor:

Old Address:

Arlene E. Dawson
1294 Hickory Court
Dover, PA 17315

**New Address:**

**Arlene E. Dawson
1396 West Princess Street
York, PA 17404**


Thank you.

Sincerely,

/s/ Brent Diefenderfer

Brent Diefenderfer

BCD/klb

{01922386/1}